## ABRAHAM V. CRENSHAW.

(Decided Dec. 16, 1909.)

APPEAL from Montgomery Circuit Court.

Heard before Hon. W. W. PEARSON.

RAY RUSHTON, for appellant. L. A. SANDERSON, for appellee.

Per curiam. Affirmed for want of assignment of errors.

## BEALL, ET AL. V. McLENDON.

(Decided Dec. 16, 1909.)

APPEAL from Russell Chancery Court.

Heard before Hon. L. D. GARDNER.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

## BEECHER V. HENDERSON, ET AI.

(Decided Dec. 16, 1909.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. A. O. LANE.

No counsel marked for either party.

Per curiam. Affirmed on certificate.